

ORIGINAL

FILED

08/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0195

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0195

IN RE THE MARRIAGE OF:

TIFFANEY GRIGG,

Petitioner and Appellee,

and

PETER GRIGG,

Respondent and Appellant.

FILED

AUG 24 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

In an August 17, 2021 Order, this Court denied self-represented Appellant Peter Grigg's second motion for a thirty-day extension of time and ordered him to file his opening brief on September 7, 2021, or face dismissal of this appeal. This Court received the record electronically from the Lincoln County District Court on June 1, 2021.

In a June 2, 2021 Order, this Court denied Appellee Tiffaney Grigg's Motion to Dismiss, filed by counsel, because of our recent decision in *In re Weigand*, 2021 MT 128, ¶ 11, 404 Mont. 223, 486 P.3d 1272, stating that dismissal is not appropriate under M. R. Civ. P. 58(e). We stated then: "Rather, Peter's notice of appeal shall be held in abeyance and shall be treated as filed on the date of entry of the District Court's determination of attorney fees and costs." After ordering the motion's dismissal, this Court also stated:

> Pursuant to M. R. Civ. P. 58(e), the District Court retains jurisdiction to determine attorney fees and costs.
> Peter's Notice of Appeal will be treated as filed on the date on which the District Court enters its order determining the amount of attorney fees and costs awarded.
> Peter and the Clerk of District Court shall notify this Court within 14 days of the District Court's entry of its order determining attorney fees and costs. Failure on Peter's part to provide such notification may result in dismissal of this appeal.

Even though this Court has not received an order determining costs and fees, Peter has filed an opening brief, which was returned for deficiencies on July 2, 2021. Peter then sought extensions of time with this Court. We contacted the Clerk of District Court for Lincoln County. The District Court received a copy of the June 2, 2021 Order. Presiding over the underlying matter now is Judge Jennifer B. Lint of the Ravalli County District Court, and the matter has been re-set for hearing on August 27, 2021. We take this opportunity to clarify this proceeding on appeal. Accordingly,

IT IS ORDERED that:

1. this Court's August 17, 2021 Order concerning an extension of time is VACATED and this appeal is HELD IN ABEYANCE until the District Court issues an order determining attorney fees and costs;

2. Peter may NOT FILE his opening brief until he first informs this Court in writing of notice of the District Court's written Order; and

3. upon receipt of either a notice of filing or the filing of the District Court's Order determining attorney fees and costs, the Clerk of the Supreme Court SHALL FILE Peter's opening brief once submitted, and any opening brief and copies submitted by Peter before such notice or filing should be returned.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Honorable Judge Jennifer Lint, Ravalli County District Court; to Tricia Brooks, Clerk of District Court, Lincoln County, under Cause No. DR-20-79; to counsel of record, and to Peter Grigg personally.

DATED this 24 day of August, 2021.

_____

_____

_____

2

_____

_____

Justices